No. 725. CASCO PRODUCTS CORP. *v.* SINKO TOOL & MANUFACTURING Co. February 17, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Drury W. Cooper, Henry M. Huxley,* and *Thomas J. Byrne* for petitioner. *Messrs. Bernard A. Schroeder, Russell Wiles,* and *George*

694

*A. Chritton* for respondent.

